| United States District Court | Southern District of Texas |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
April 27, 2016
David J. Bradley, Clerk

James Rankin Robertson, #1540145       §
                                       §
            Plaintiff,                 §
                                       §
versus                                 §            Civil Action V-15-069
                                       §
William Stephens, Director, TDCJ-ID    §
                                       §
            Defendant.                 §

## Order of Dismissal

On April 11, 2016, petitioner James Rankin Robertson filed his objections to the report and recommendation of the magistrate judge. Because there is no constitutional right to counsel in a post-conviction habeas proceeding, ineffective assistance of counsel cannot be raised in an attempt to establish cause to excuse any procedural default and merit federal habeas consideration. In re: Goff, 250 F.3d 273, 276 (5th Cir. 2001) (citing, Coleman v. Thompson, 501 U.S. 722, 752 (1991)).

The objections are overruled, the motions to supplement (13, 16) are denied, the recommendation of the magistrate judge is adopted, and the petition for a writ of habeas corpus of James Rankin Robertson is dismissed.

Signed on April 27, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge